[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-12201

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 28, 2011
JOHN LEY
CLERK

D. C. Docket No. 8:08-cv-01227-JSM-EAJ

KLEIN & HEUCHAN, INC.,
a Florida corporation,

Plaintiff-Counter Defendant-
Appellee,

versus

COSTAR REALTY INFORMATION, INC.,
a Foreign Corporation,
COSTAR GROUP, INC.,
a Foreign corporation,

Defendants-Counter-
Claimants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 28, 2011)

Before DUBINA, Chief Judge, HILL, Circuit Judge, and GOLDBERG,[*] Judge.

PER CURIAM:

Appellant CoStar Realty Information, Inc. appeals the judgment of the district court following a bench trial that Klein & Heuchan, Inc. was not vicariously liable or liable for contributory copyright infringement based on an employee's copyright infringement.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the final judgment of the district court based on its findings of fact and conclusions of law incorporated in its final judgment filed on April 20, 2010.

**AFFIRMED.**

---

[*]Honorable Richard W. Goldberg, United States Court of International Trade Judge, sitting by designation.